## BERTRAM *v.* BICKNELL COAL AND MINING COMPANY.

[No. 12,569. Filed March 30, 1926.]

MASTER AND SERVANT.—*Industrial Board's finding will not be disturbed if there is any evidence to sustain it.*—Where there is some evidence to sustain an award of the Industrial Board, the Appellate Court will not reverse its finding.

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Law by Fred Bertram against the Bicknell Coal and Mining Company, employer. From the adverse award of the Industrial Board, the claimant appeals. *Affirmed.* By the court in banc.

*John A. Riddle,* for appellant.

*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, William H. Bridwell* and *George W. Buff,* for appellee.

THOMPSON, J.—This is the second appeal in this case. See *Bertram v. Bicknell Coal, etc., Co.* (1925), 83 Ind. App. 242, 148 N. E. 177, wherein the award was reversed, "with instructions to reinstate appellant's application and to make such further finding of facts as is warranted by the evidence, and to render an award accordingly."

· The questions to be determined under the mandate in the former appeal are: (1) Whether or not appellant's

disabilities on account of the injury received on November 26, 1920, had ceased on February 8, 1921, at which date appellant signed a receipt in full settlement of his claim for damages on account of said injury; (2) whether or not said receipt was procured by fraud.

The Industrial Board heard the evidence on both of these questions, from a number of witnesses on each side of the case, and, the evidence having been conflicting, rendered an award against the appellant; and where there is evidence to sustain the award, as in this case, this court will not reverse the finding.

Affirmed.